AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

G. RANDOLPH GOODLETT
PLAINTIFF,

V.

STATE OF DELAWARE,
DEPARTMENT OF ELECTIONS
DEFENDANT.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-298

TO: (Name and address of Defendant)

STATE OF DELAWARE, DEPARTMENT OF ELECTIONS
C/O OFFICE OF THE COMMISSIONER OF ELECTIONS
111 SOUTH WEST ST, SUITE 10
DOVER, DE 19904

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JEFFREY K. MARTIN, ESQUIRE
1508 PENNSYLVANIA AVE
WILMINGTON, DE 19806

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

CLERK

(By) DEPUTY CLERK

MAY 2 1 2008

DATE

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5/22/08 |
| NAME OF SERVER (PRINT) Timothy Rhoads | TITLE Legal Courier |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left copies with Jen Stevenson of State of Delaware Department of Elections c/o Office of the Commissioner of Elections 111 S West St Suite 10 Dover DE 19904

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/22/08
　　　　　　　　Date

Signature of Server

715 N King St
Wilmington, DE 19801

Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.